**Ex. A**

**ZIMMERMAN LAW GROUP**
Jean-Marc Zimmerman, ID # 037451989
153 Central Avenue
P.O. Box 2651
Westfield, New Jersey 07090
E: jmz@zimllp.com
T: (908) 768-6408
Attorneys for Plaintiff Bethany Zimmerman

|  |  |
|---|---|
| BETHANY ZIMMERMAN,<br><br>     Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT, INC., JOHN DOES 1-5 (fictitious names of defendants, true identities unknown); and ABC CORPORATIONS 1-5 (fictitious names of companies, true identification is unknown),<br><br>     Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: UNION COUNTY<br><br>DOCKET NO. UNN-L-<br><br>Civil Action<br><br>**COMPLAINT, JURY DEMAND,<br>DESIGNATION OF TRIAL COUNSEL** |

Plaintiff BETHANY ZIMMERMAN, residing at 233 Watchung Fork, in the Town of Westfield, County of Union, and State of New Jersey, by way of Complaint against the Defendants THE HOME DEPOT, INC., JOHN DOES 1-5 (fictitious names of defendants, true identities unknown) and ABC CORPORATIONS 1-5 (fictitious names of companies, true identities unknown) (hereinafter collectively "the Defendants"), says:

<u>**FIRST COUNT**</u>

1. Around 6 PM on July 18, 2022, Plaintiff was a customer at The Home Depot Store #0906 in Watchung, New Jersey ("Store #0906") owned by the Defendants.

2.      As Plaintiff was shopping in the store, she reached for a single piece of metal pipe displayed on a shelf, and while doing so the pipe came apart into two pieces slicing and injuring Plaintiff's right hand and lower right arm in multiple places.

3.      The injuries Plaintiff suffered resulted in excessive bleeding and pain.

4.      After being injured, Plaintiff requested assistance from a Store #0906 cashier.

5.      In response, a Store #0906 employee came to assist Plaintiff and bandaged Plaintiff's hand and arm, and a Store #0906 manager came to take a statement from Plaintiff.

6.      Immediately thereafter, Plaintiff left Store #0906 and went to and sought emergency medical care at the Summit Health Urgent Care facility located in Westfield, New Jersey.

7.      Since being injured by the pipe in Store #0906, Plaintiff has suffered constant tingling and a loss of sensation in her right hand and arm, that has resulted in permanent discomfort, pain, and loss of strength, all of which interferes with and limits her ability to use her right hand and arm, e.g., difficulty writing.

8.      At the aforesaid time and place, the Defendants negligently and carelessly owned, assembled, displayed and/or offered for sale the pipe at issue, causing the same to injure Plaintiff.

9.      As a result of the Defendants' negligence and carelessness, Plaintiff was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering, and was prevented from transacting her lawful business and affairs, all of which are expected to continue into the future.

2

**WHEREFORE**, Plaintiff demands judgment against the Defendants for compensatory damages, interest, attorney's fees, costs of suit and such other and further relief as the Court may deem equitable and just.

## SECOND COUNT

1. Plaintiff repeats and realleges the allegations of the First Count of the Complaint as if set forth at length herein.

2. At the aforesaid time and place, the Defendants owned, assembled, displayed and/or offered for sale in Store #0906 the pipe at issue in such a careless and negligent manner as to cause an accident to occur that injured Plaintiff.

3. As a result of the Defendants' negligence and carelessness, Plaintiff was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering, and was prevented from transacting her lawful business and affairs, all of which are expected to continue into the future.

4. As a result of the foregoing, the Defendants are legally responsible to Plaintiff for the negligent acts of their employees, agents and representatives under the legal doctrine of *Respondeat Superior*.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for compensatory damages, interest, attorney's fees, costs of suit and such other and further relief as the Court may deem equitable and just.

## THIRD COUNT

1. Plaintiff repeats and realleges the allegations of the First and Second Counts of the Complaint as if set forth at length herein.

3

2.      As a direct and proximate result of the Defendants' negligence and carelessness, Plaintiff was caused to incur medical expenses which were reasonably required for the examination, treatment and care of the injuries she sustained that were proximately caused by the Defendants' negligence and carelessness.

**WHEREFORE**, Plaintiff demands judgment against Defendants for compensatory damages, interest, reimbursement of medical expenses, attorney's fees, costs of suit and such other and further relief as the Court may deem equitable and just.

**<u>FOURTH COUNT</u>**

1.      Plaintiff repeats and realleges the allegations of the First through Third Counts of the Complaint, as if set forth at length herein.

2.      Upon information and belief, the Defendants were all aware prior to the incident complained of herein that the pipe at issue that they owned, assembled, displayed and/or offered for sale in Store #0906, was in a compromised and dangerous condition.

3.      Notwithstanding their awareness of the dangerous condition of the pipe at issue, the Defendants directed, authorized, encouraged, and permitted said pipe to be displayed and/or offered for sale.

4.      In so directing, authorizing, encouraging and /or permitting the pipe at issue to be displayed and/or offered for sale, the Defendants knowingly, willfully and wantonly endangered the health and safety of all visitors and customers, including the Plaintiff.

5.      The Defendants were aware before the events complained of herein, that the pipe at issue was in a compromised and dangerous condition.

4

6.     Notwithstanding their awareness of the dangerous condition of the pipe in question before the events complained of herein, Defendants knowingly, willfully and wantonly endangered the health and safety of all visitors and customers, including Plaintiff.

7.     It was reasonably foreseeable to the Defendants that by displaying and/or offering for sale a faultily assembled or otherwise compromised, dangerous pipe, that visitors and customers of this store, including Plaintiff would or could be injured by the faultily assembled pipe.

8.     The Defendants' actions as aforesaid, individually and/or collectively, were in wanton and willful disregard of the health, safety and welfare of Plaintiff.

9.     As a direct and proximate result of the Defendants' wanton and willful conduct, Plaintiff was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering, and was prevented from transacting her lawful business and affairs, all of which are expected to continue into the future.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for punitive damages, compensatory damages, interest, reimbursement of medical expenses, attorney's fees, costs of suit and such other and further relief as the Court may deem equitable and just.

**JURY DEMAND**

Plaintiff respectfully demands a trial by jury as to all triable issues.

**DESIGNATION OF TRIAL COUNSEL**

Pursuant to Rules 4:25-4 and 4:5-1(c), Jean-Marc Zimmerman, Esq. is hereby designated as trial counsel in the within action on behalf of the Plaintiff.

5

## DEMAND FOR PRODUCTION OF STATEMENTS

Pursuant to R. 4:18-1 demand is hereby made that each other party produce and serve upon this party a true and complete copy of any and all written statements, tape recorded statements, phono-recorded statements, drawings and/or photographs, including such documents provided to the parties' insurance carrier or any other insurance carrier, made by his party or any other party to this litigation.

## DEMAND FOR ANSWERS TO FORM INTERROGATORIES

Pursuant to R. 4:17-1, demand is hereby made that each other party provide certified Answers to Form C and C(1) Interrogatories within sixty (60) days of the filing of their Answer.

By:/s/ *Jean-Marc Zimmerman*
Jean-Marc Zimmerman, Esq.
**ZIMMERMAN LAW GROUP**
Attorneys for Plaintiff

Dated:  January 22, 2024

6

<u>**CERTIFICATION PURSUANT TO RULES 4:5-1 AND 1:38-7(a)**</u>

The undersigned, Jean-Marc Zimmerman, Esq. certifies on behalf of the Plaintiff as follows:

1.      I am an attorney admitted to practice law in the State of New Jersey and am counsel for the above-named Plaintiff in the subject action.

2.      I certify in accordance with Rule 4:5-1 this matter is not the subject of any other proceeding in any other forum, and that to the best of my knowledge all necessary parties have been joined herein.

3.      There are no other parties who should be joined in this action that I am aware of at the present time.

4.      I certify in accordance with Rule 1:38-7(a) that all personal identifiers known or observed by the undersigned in my review of this document have been redacted from this pleading.

4.      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


By: /s/ *Jean-Marc Zimmerman*
Jean-Marc Zimmerman, Esq.
**ZIMMERMAN LAW GROUP**
Attorneys for Plaintiff

Dated: January 22, 2024

7

# SUMMONS

Attorney(s)  Jean-Marc Zimmerman

Office Address   153 Central Ave., P.O. Box 2653

Town, State, Zip Code   Westfield, NJ 07090

Telephone Number    (908) 768-6408

Attorney(s) for Plaintiff  Bethany Zimmerman

Bethany Zimmerman

**Plaintiff(s)**

vs.

The Home Depot, Inc., et al.

**Defendant(s)**

## Superior Court of New Jersey

Union          County

Law          Division

Docket No:

# CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey.  The complaint attached to this summons states the basis for this lawsuit.  If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it.  (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.)  If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ  08625-0971.  A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed.  You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).  If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov.

*Michelle Smith*

Clerk of the Superior Court

DATED:   01/22/2024

Name of Defendant to Be Served:   The Home Depot, Inc.

Address of Defendant to Be Served:   1515 Route 22, Watchung, NJ 07069

Revised 11/17/2014, CN 10792-English (Appendix XII-A)